PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
ANDREW D. LANPHERE (SBN 191479)
andrew.lanphere@pillsburylaw.com
JUDY J. BAO (SBN 305560)
judy.bao@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, California  94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendant
STEPHEN A. FINN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNA C. SULLIVAN<br><br>           Plaintiff,<br><br>vs.<br><br>STEPHEN A. FINN and DOES 1 through 10, inclusive<br><br>           Defendant. | Case No. 16-cv-01948-WHO<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR RESPONSE AND REPLY TO PLAINTIFF'S MOTION TO AMEND PLAINTIFF'S COMPLAINT [DKT. 62]<br><br>Date:     December 14, 2016<br>Time:    2:00 p.m.<br>Judge:   Hon. William H. Orrick<br>Location Ctrm. 2, 17th Fl. |

      Plaintiff Joanna C. Sullivan ("Plaintiff") and Defendant Stephen A. Finn ("Defendant") (collectively, the "Parties"), in accord with Rules 6-1 and 6-2 of the Local Rules for the United District Court for the Northern District of California, by and through their counsel of record, stipulate and agree as follows:

      WHEREAS, Plaintiff has filed a motion to amend Plaintiff's complaint ("Motion to Amend") [Dkt. 62];

1   WHEREAS, Defendant's Response to Plaintiff's Motion to Amend filed on November 4, 2016 [Dkt. 62] is currently due on November 18, 2016, and Plaintiff's Reply to Defendant's Response is currently due on November 25, 2016;

   WHEREAS, the Court has set the Motion to Amend hearing for December 14, 2016 [Dkt. 62];

   WHEREAS, the Parties have met and conferred about potentially resolving the Motion to Amend without the need for further briefing or a hearing;

   WHEREAS, Defendant's counsel has been unable to confer with client regarding the Motion to Amend due to Defendant's need to attend to serious health issues in Defendant's family; and

   WHEREAS, Plaintiff is willing to provide Defendant with additional time to respond to the Motion to Amend so that Defendant's counsel can confer with Defendant and potentially resolve the Motion to Amend without the need for further briefing or a hearing.

   NOW THEREFORE, the Parties stipulate and agree, subject to the Court's approval, as follows:

   1.   Defendant's Response to the Motion to Amend will be due on November 28, 2016; and

   2.   Plaintiff's Reply to the Response to the Motion to Amend will due on December 5, 2016.

Respectfully submitted,

Dated: November 16, 2016.

PILLSBURY WINTHROP SHAW PITTMAN LLP
Philip S. Warden
Andrew D. Lanphere
Judy J. Bao

By: _/s/ Andrew D. Lanphere_
Attorney for Defendant Stephen A. Finn

- 2 –

BEYERS COSTIN SIMON

By: */s/ Peter L. Simon*
Peter L. Simon
Attorney for Plaintiff Joanna C. Sullivan

**ATTESTATION CLAUSE**

I attest under penalty of perjury that the concurrence in filing of this document has been obtained from its signatories.

By: */s/ Andrew D. Lanphere*

- 3 –

STIPULATION TO EXTEND DEADLINES
FOR RESPONSE AND REPLY TO
PLAINTIFF'S MOT. TO AMEND COMPLAINT

1 **[PROPOSED] ORDER**

2  Based on the stipulation of the parties and good cause appearing therefor, it is hereby

3 ORDERED that:

4  1.  Defendant's Response to Plaintiff's Motion to Amend Plaintiff's Complaint

5 [Dkt. 62] shall be due on November 28, 2016; and

6  2.  Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to Amend Plaintiff's

7 Complaint shall be due on December 5, 2016.

9 **IT IS SO ORDERED:**

11 Dated: November 16, 2016

12 William H. Orrick
United States District Judge

- 4 -