1  PETER L. SIMON (SBN 178393)
   STEVEN J. BLEASDELL (SBN 191522)
2  **BEYERS** COSTIN **SIMON**
   A Professional Corporation
3  200 Fourth Street, Suite 400; PO Box 878
   Santa Rosa, California  95402-0878
4  Tel 707.547.2000  Fax 707.526.2746
   psimon@beyerscostin.com
5  sbleasdell@beyerscostin.com

7  *Attorneys for Plaintiff*
   JOANNA C. SULLIVAN

10               UNITED STATES DISTRICT COURT

11               CALIFORNIA NORTHERN DISTRICT

| | |
|---|---|
| JOANNA C. SULLIVAN,<br><br>           Plaintiff,<br><br>   vs.<br><br>STEPHEN A. FINN<br>and DOES 1 through 10, inclusive,<br><br>           Defendants. | CASE NO.   3:16-cv-01948-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PENDING MOTIONS** |
| STEPHEN A. FINN,<br><br>   vs.<br><br>KELLEEN SULLIVAN, et al<br><br>           Defendants. | CASE NO. 3:16-cv-05285-WHO<br><br>Judge:   Honorable William H. Orrick |

WHEREBY, Defendant Stephen A. Finn has a conflict with the hearing date of December 21, 2015 in which to hear the parties' pending motions.

The parties hereto, by and through their attorneys of record herein, hereby stipulate to continue the hearing on all pending motions in *JoAnna C. Sullivan v. Stephen A. Finn*, 16-cv-1948

-1-
STIPULATION AND ORDER TO CONTINUE HEARING ON PENDING MOTIONS
3:16-cv-01948-WHO

(Dkt. Nos. 62, 67), and *Stephen A. Finn v. Kelleen Sullivan, et al.* 16-cv-5285 (Dkt. Nos. 12, 28), to January 4, 2017 at 2:00 p.m.

The parties further stipulate and agree that Stephen A. Finn, and any entities in which he has a controlling interest, including Winery Rehabilitation, LLC, will refrain from noticing any sales of the Sullivan Vineyards' property to occur prior to January 16, 2017, and will continue any previously scheduled sales to occur after January 15, 2017.

**IT IS SO STIPULATED.**

Dated:  December 12, 2016                **BEYERS** COSTIN **SIMON**

                                         */s/ Peter L. Simon*
                                    By: _____
                                         PETER L. SIMON
                                         Attorneys for JoAnna Sullivan

Dated:  December 12, 2016                PILLSBURY WINTHROP SHAW PITTMAN LLP

                                         */s/ Andres Lanphere*
                                    By: _____
                                         ANDREW LANPHERE
                                         Attorneys for Stephen A. Finn

Dated:  December 12, 2016                GEARY SHEA O'DONNELL GRATTAN & MITCHELL

                                         */s/ John A. Holdredge*
                                    By: _____
                                         JOHN A. HOLDREDGE
                                         Attorneys for Ross A. Sullivan, Kelleen F.
                                         Sullivan, Sean J. Sullivan, Caireen M.T.
                                         Sullivan and Philomena Maureen Sullivan
                                         Gildea

**ORDER**

Upon stipulation of the parties hereto,

**IT IS HEREBY ORDERED** that all pending motions in *JoAnna C. Sullivan v. Stephen A. Finn*, 16-cv-1948 (Dkt. Nos. 62, 67), and *Stephen A. Finn v. Kelleen Sullivan, et al.* 16-cv-5285 (Dkt. Nos. 12, 28), to January 4, 2017 at 2:00 p.m.

**IT IS FURTHER ORDERED** that Stephen A. Finn, and any entities in which he has a controlling interest, including Winery Rehabilitation, LLC, shall refrain from noticing any sales of the Sullivan Vineyards' property to occur prior to January 16, 2017, and will continue any previously scheduled sales to occur after January 15, 2017

**IT IS ORDERED:**

Dated: December 13, 2016

_____
WILLIAM H. ORRICK
United States District Judge