UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA C SULLIVAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN A. FINN,<br><br>　　　　Defendant. | Case No. 16-cv-01948-WHO<br><br>**ORDER GRANTING MOTION TO AMEND**<br><br>Re: Dkt. No. 62 |

Plaintiff JoAnna C. Sullivan moves to amend her Complaint to add a cause of action for equitable relief. (Dkt. No. 62). Defendant Stephen A. Finn submitted a statement of non-opposition (Dkt. No. 66) and the parties stipulated to allow filing of the First Amended Complaint (Dkt. No. 76). Finding good cause, Sullivan's motion to amend is GRANTED and the hearing on this matter scheduled for January 4, 2017, is vacated. Sullivan shall e-file the First Amended Complaint by **December 28, 2016.**

**IT IS SO ORDERED**.

Dated: December 21, 2016



WILLIAM H. ORRICK
United States District Judge