UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA C SULLIVAN,<br>        Plaintiff,<br><br>v.<br><br>STEPHEN A. FINN,<br>        Defendant. | Case No. 16-cv-01948-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 145 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: November 15, 2018

_____
WILLIAM H. ORRICK
United States District Judge